**John R. MILLS, Petitioner,**

v.

**DEPARTMENT OF TRANSPORTATION, Respondent.**

No. 2006–3308.

United States Court of Appeals, Federal Circuit.

Dec. 10, 2007.

Before RADER, SCHALL, and PROST, Circuit Judges.

SCHALL, Circuit Judge.

*ORDER*

The Department of Transportation moves without opposition to lift the stay of proceedings and remand John R. Mills' petition for review of a decision of the Merit Systems Protection Board.

Mills filed an appeal alleging that the Department had improperly charged him leave for the performance of military reserve duty on non-workdays in violation of the Uniform Services Employment and Reemployment Rights Act (USERRA), 38 U.S.C. § 4301 (2000). The Board held that Mills had failed to meet his burden of establishing a violation of USERRA and dismissed his complaint without granting Mills a hearing. Mills appealed.

On March 7, 2007, we issued our decision in *Kirkendall v. Army,* 479 F.3d 830 (Fed.Cir.2007) (en banc), *cert. denied* —— U.S. ——, 128 S.Ct. 375, 169 L.Ed.2d 260 (2007). *Kirkendall* held, inter alia, that USERRA requires that "any veteran who requests a hearing shall receive one." *Id.* at 844. Because Mills was denied a hearing, we remand for further proceedings in light of *Kirkendall*. On remand, the Board may also consider, inter alia, our recent decisions in *Hernandez v. Department of the Air Force,* 498 F.3d 1328 (Fed.Cir.2007) and *Pucilowski v. Department of Justice,* 498 F.3d 1341 (Fed.Cir.2007).

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted. The Board's decision is vacated and the case is remanded for further proceedings.

(2) All sides shall bear their own costs.